IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHNNY CLOSE**, individually and on behalf of all similarly situated individuals, | : | Case No.: 2:17-cv-00556-MRH |
| | : | |
| | : | (Judge Mark R. Hornak) |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | FILED ELECTRONICALLY |
| **FIELD & TECHNICAL SERVICES, LLC,** | : | |
| | : | |
| Defendant. | : | |

## ORDER OF COURT

AND NOW, this 14th day of December, 2017, upon consideration of the foregoing Joint Motion to Permit Filing of Stipulation of Dismissal, it is hereby ORDERED as follows:

1. The parties shall promptly file a Stipulation of Dismissal in the form attached to their Joint Motion as Exhibit B.

2. Plaintiff James M. Hicks shall have until January 31, 2018 to execute the Settlement Agreement and deliver such executed Agreement (through his counsel) to Defendant's counsel. If Defendant's counsel does not receive the executed Agreement on or before January 31, 2018, then Mr. Hicks shall not be a party to such Settlement Agreement.

3. Absent further Order of Court, Plaintiff James M. Hicks' claims hereunder shall be deemed dismissed with prejudice as of February 1, 2018.

4. Plaintiffs' counsel shall provide Mr. Hicks with notice of this Order, **and shall file a certificate of such service forthwith.**

BY THE COURT:

s/ Mark R. Hornak