IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHNNY CLOSE,** individually and on behalf of all similarly situated individuals, | Case No.: 2:17-cv-00556-MRH |
| Plaintiff, | (Judge Mark R. Hornak) |
| v. | |
| **FIELD & TECHNICAL SERVICES, LLC,** | FILED ELECTRONICALLY |
| Defendant. | |

## STIPULATION OF DISMISSAL

AND NOW, the undersigned counsel, on behalf of their respective parties, stipulate that the all of Plaintiffs' claims, except the claims of James M. Hicks, be and hereby are dismissed with prejudice.

**JOHNSON BECKER, PLLC**

By: /s/ David H. Grounds
    David H. Grounds, Esq.

Minn. Bar No. 285742
444 Cedar Street, Suite 1800
St. Paul, Minnesota 55101
Counsel for Plaintiff

**YUKEVICH, MARCHETTI, FISCHER & ZANGRILLI, P.C.**

By: /s/ Mark Fischer
    Mark Fischer, Esq.

PA ID 69425
11 Stanwix Street, Suite 1024
Pittsburgh, PA 15222
Counsel for Defendant

AND NOW, this 15th day of December, 2017
IT IS SO ORDERED.
s/ Mark R. Hornak
UNITED STATES DISTRICT JUDGE