IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOHNNY CLOSE**, individually and on behalf of all similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>**FIELD & TECHNICAL SERVICES, LLC,**<br><br>Defendant. | Case No.: 2:17-cv-00556-MRH<br><br>(Judge Mark R. Hornak)<br><br><br>FILED ELECTRONICALLY |

## STIPULATION OF DISMISSAL

AND NOW, the undersigned counsel, on behalf of their respective parties, stipulate that James M. Hicks has delivered his executed Settlement Agreement to the Defendant and his claims are hereby dismissed with prejudice.

| | |
|---|---|
| **JOHNSON BECKER, PLLC** | **YUKEVICH, MARCHETTI, FISCHER & ZANGRILLI, P.C.** |
| By: /s/ David H. Grounds<br>David H. Grounds, Esq. | By: /s/ Mark Fischer<br>Mark Fischer, Esq. |
| Minn. Bar No. 285742<br>444 Cedar Street, Suite 1800<br>St. Paul, Minnesota 55101<br>Counsel for Plaintiff | PA ID 69425<br>11 Stanwix Street, Suite 1024<br>Pittsburgh, PA 15222<br>Counsel for Defendant |

AND NOW, this 2D day of January, 2018.
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE